1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  William Brookes Degen (State Bar No. 328792)
   bdegen@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant
   OWMN, LTD. D/B/A ONEAUDIENCE
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | FACEBOOK, INC.,              | Case No. 3:20-cv-01461-JD
13 |         Plaintiff,            | **JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT**
14 |    vs.                        |
15 | ONEAUDIENCE LLC,              | The Hon. James Donato
16 |         Defendant.            | Complaint Filed:  February 27, 2020
                                     Trial Date:        N/A

17

18       Pursuant to Rule 6-1(a) of the Local Rules for the United States District Court for the

19 Northern District of California, Defendant OWMN, LTD. d/b/a oneAudience ("Defendant") and

20 Plaintiff Facebook, Inc. ("Plaintiff"), by and through their respective counsel, hereby agree and

21 stipulate as follows:

22       WHEREAS, Plaintiff filed its Complaint on February 27, 2020;

23       WHEREAS, Defendant's deadline to file a responsive pleading, following prior joint

24 stipulations to extend the deadline, is January 15, 2021;

25       WHEREAS, the parties believe that good cause exists to extend by approximately 45 days

26 the time for Defendant to respond to Plaintiff's Complaint;

27       WHEREAS, the parties previously extended the deadline to respond to the Complaint by

28 filing joint stipulations on April 15, 2020, May 26, 2020, July 23, 2020, September 18, 2020, and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO CONTINUE TIME TO
RESPOND TO THE COMPLAINT - Case No. 3:20-cv-01461-JD

38587\13857144.1

1 | November 5, 2020;

2 | WHEREAS, the requested extension will not alter the date of any event or any deadline
3 | already fixed by Court order;

4 | NOW, THEREFORE, the parties hereby stipulate and agree that Defendant's deadline for
5 | responding to Plaintiff's Complaint is extended to and including March 1, 2021.

Dated: January 4, 2021          FARELLA BRAUN + MARTEL LLP

                                By:    /s/ C. Brandon Wisoff
                                       C. Brandon Wisoff

                                Attorneys for Defendant
                                OWMN, LTD. D/B/A ONEAUDIENCE

Dated: January 4, 2021          HUNTON ANDREWS KURTH LLP

                                By:    /s/ Jason J. Kim
                                       Jason J. Kim

                                Attorneys for Plaintiff
                                FACEBOOK, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT - Case No. 3:20-cv-01461-JD

2

38587\13857144.1

**SIGNATURE CERTIFICATION**

I, C. Brandon Wisoff, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation to Continue Time to Respond to the Complaint. I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: January 4, 2021                                FARELLA BRAUN + MARTEL LLP


By:    /s/ C. Brandon Wisoff
          C. Brandon Wisoff

Attorneys for Defendant
OWMN, LTD. D/B/A ONEAUDIENCE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT - Case No. 3:20-cv-01461-JD

3

38587\13857144.1