C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
William Brookes Degen (State Bar No. 328792)
bdegen@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
OWMN, LTD. D/B/A ONEAUDIENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ONEAUDIENCE LLC,<br><br>Defendant. | Case No. 3:20-cv-01461-JD<br><br>**JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT**<br><br>The Hon. James Donato<br><br>Complaint Filed: February 27, 2020<br>Trial Date: N/A |

Pursuant to Rule 6-1(a) of the Local Rules for the United States District Court for the Northern District of California, Defendant OWMN, LTD. d/b/a oneAudience ("Defendant") and Plaintiff Facebook, Inc. ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on February 27, 2020;

WHEREAS, Defendant's deadline to file a responsive pleading, following prior joint stipulations to extend the deadline, is March 1, 2021;

WHEREAS, the parties believe that good cause exists to extend by approximately 45 days the time for Defendant to respond to Plaintiff's Complaint;

WHEREAS, the parties previously extended the deadline to respond to the Complaint by filing joint stipulations on April 15, 2020, May 26, 2020, July 23, 2020, September 18, 2020,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT - Case No. 3:20-cv-01461-JD

38587\13932928.1

November 5, 2020, and January 4, 2021;

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, the parties hereby stipulate and agree that Defendant's deadline for responding to Plaintiff's Complaint is extended to and including April 15, 2021.

Dated: February 12, 2021

FARELLA BRAUN + MARTEL LLP

By: /s/ C. Brandon Wisoff
C. Brandon Wisoff

Attorneys for Defendant
OWMN, LTD. D/B/A ONEAUDIENCE

Dated: February 12, 2021

HUNTON ANDREWS KURTH LLP

By: /s/ Jason J. Kim
Jason J. Kim

Attorneys for Plaintiff
FACEBOOK, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT - Case No. 3:20-cv-01461-JD

2

38587\13932928.1

**SIGNATURE CERTIFICATION**

I, C. Brandon Wisoff, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation to Continue Time to Respond to the Complaint. I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: February 12, 2021                              FARELLA BRAUN + MARTEL LLP

                                                      By:      /s/ C. Brandon Wisoff
                                                               C. Brandon Wisoff

                                                      Attorneys for Defendant
                                                      OWMN, LTD. D/B/A ONEAUDIENCE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO THE COMPLAINT - Case No. 3:20-cv-01461-JD

3

38587\13932928.1