**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>ONEAUDIENCE LLC,<br><br>             Defendant. | CASE NO.:  3:20-CV-01461-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL** |

**WHEREAS**, on February 27, 2020, Plaintiff Facebook, Inc. ("Facebook") filed this action against Defendant oneAudience LLC ("oneAudience") seeking injunctive and monetary relief.

**WHEREAS**, oneAudience is not a legal entity but instead a d/b/a of OWMN, Ltd. ("Defendant").

**WHEREAS**, the parties have agreed to resolve this action, and part of that resolution includes the entry of a stipulated injunction.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

## STIPULATED INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the parties, that:

1. Defendant and all other individuals acting on Defendant's behalf who are described in Federal Rule of Civil Procedure 65(d)(2) (collectively, the "Prohibited Parties") are immediately and permanently ordered and enjoined as follows:

   a. The Prohibited Parties are immediately and permanently enjoined from developing, maintaining, or using, whether directly or indirectly via a third party, intermediary, or proxy, the software development kit described in Facebook's Complaint in this action.

   b. The Prohibited Parties are immediately and permanently enjoined from developing, maintaining, or using, whether directly or indirectly via a third party, intermediary, or proxy, any software or malicious code that interacts with Facebook's or Instagram's platforms and computer networks, including but not limited to any software or malicious code that automates the improper collection of data from Facebook or Instagram.

   c. Defendant is immediately and permanently enjoined from creating or maintaining a Facebook or Instagram account, or having a third party create or maintain a Facebook or Instagram account for

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Defendant, absent express written consent from Facebook. oneAudience is not prohibited from seeking this written consent by and through Facebook's counsel. Nothing in this paragraph is intended to limit Facebook's ability to immediately enforce its terms and policies.

2. The Court will retain continuing jurisdiction to enforce the terms of this Stipulated Injunction and to address any other matters arising out of or regarding this Stipulated Injunction, including any allegations that the parties have failed to comply with their obligations as set forth in this Stipulated Injunction, and the parties agree to submit to the Court's jurisdiction for those purposes.

The rights and obligations under this Stipulated Injunction shall benefit, and be binding upon, each of the parties and their respective affiliates, predecessors, successors and assigns.

## DISMISSAL

Plaintiff's claims against Defendant are hereby dismissed with prejudice against the Defendant, except the Court retains jurisdiction to enforce this Stipulated Injunction and Dismissal. Each party bears its own fees and costs.

**IT IS SO STIPULATED.**

Dated: March 11, 2021                                    **HUNTON ANDREWS KURTH LLP**

By: _____/s/ Jason J. Kim_____
Ann Marie Mortimer
Jason J. Kim
Jeff R. R. Nelson
Attorneys for Plaintiff
FACEBOOK, INC.

Platform Enforcement and Litigation
Facebook, Inc.
Jessica Romero
Michael Chmelar
Olivia Gonzalez

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

| | |
|---|---|
| Dated: March 11, 2021 | **FARELLA BRAUN + MARTEL LLP** |
| | By: /s/ C. Brandon Wisoff |
| | C. Brandon Wisoff |
| | William Brookes Degen |
| | Attorneys for Defendant |
| | OWMN, LTD D/B/A |
| | ONEAUDIENCE |

**Signature Attestation Pursuant to Local Rule 5-1(i)(3)**

I, Jason J. Kim, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 11, 2021

By: /s/ *Jason J. Kim*
Jason J. Kim

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The Court retains jurisdiction.

Dated: _____        By: _____
                                    JAMES DONATO
                                    United States District Judge

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

4

073923.0000008 HMEU_LA 816262.v5
38587\13954824.1

STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL
CASE NO. 3:20-CV-01461-JD